No. 90. WOLIN ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Armistead L. Boothe, Thurman Arnold* and *Milton V. Freeman* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *John R. Wilkins* for the United States.

No. 91. WILLIAMS *v.* ROBBINS, ADMINISTRATOR, RECONSTRUCTION FINANCE CORPORATION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Keith L. Seegmiller* and *Irving Wilner* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Paul A. Sweeney* for respondent.

No. 92. SCHMIDT *v.* CROWELL-COLLIER PUBLISHING Co. ET AL. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Thomas L. Marshall* for the Crowell-Collier Publishing Co., respondent.

No. 93. SCHMIDT *v.* READER'S DIGEST ASSOCIATION, INC. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Thomas L. Marshall* for respondent.

No. 94. SCHMIDT *v.* ESQUIRE, INC. C. A. 7th Cir. Certiorari denied. *Jay E. Darlington* for petitioner. *Le Roy Russell Krein* for respondent.

No. 95. BLACK, ADMINISTRATRIX, *v.* LOCKHART, COLLECTOR OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *William C. Wines* for petitioner. *Solicitor*

820

*General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Joseph F. Goetten* for respondent.

No. 96. COMPAGNIE NATIONALE AIR FRANCE *v.* KOM-LOS, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied. *Frank J. Foley* for petitioner. *Theodore E. Wolcott* and *Frederick W. Scholem* for respondent.

No. 98. NESEN *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Frederick A. Potruch* and *Erwin Lerten* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 99. UNITED CORPORATION *v.* SECURITIES AND EX-CHANGE COMMISSION. C. A. 3d Cir. Certiorari denied. *Richard Joyce Smith, William S. Potter* and *William R. Sherwood* for petitioner. *Solicitor General Sobeloff* and *William H. Timbers* for respondent.

No. 101. VICTRYLITE CANDLE Co. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward Brodkey, Frank E. Gettleman, Arthur Gettleman* and *Horace A. Young* for the Victrylite Candle Co., petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 102. HOTPOINT COMPANY *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ednyfed H. Williams* and *John M. Leonard, Jr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.